# EXHIBIT A

11/12/25, 10:16 PM nklawllp.com Mail - 21 C 00550 James Dolis v Karen Murphy, et al.

Case: 1:21-cv-00550 Document #: 83-1 Filed: 11/18/25 Page 2 of 2 PageID #:413



Theo Noparstak <theo@nklawllp.com>

## 21 C 00550 James Dolis v Karen Murphy, et al.

**jalcala@nklawllp.com** <jalcala@nklawllp.com> Fri, Sep 12, 2025 at 1:45 PM
To: jimmymacclaw@gmail.com
Cc: akamionski@nklawllp.com, snathan@nklawllp.com, nadeeyo@nklawllp.com, theo@nklawllp.com, Amanda Alcala <amanda@nklawllp.com>

Counsel:

Attached please find Defendant Officers' Rule 26(a)(1)(A) Disclosures.

Jennifer Alcala

Jennifer Alcala

*Paralegal*

Nathan & Kamionski LLP

206 S. Jefferson St.

Chicago, IL 60661

312-612-1069 (direct)

312-448-6099 (fax)

jalcala@nklawllp.com



**New York ~ Chicago ~ Baltimore ~ Detroit**

**CONFIDENTIALITY WARNING:** This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

 **2025-09-12 - DO's Rule 26(a)(1)(A) Disclosures.pdf**
220K