# EXHIBIT B

11/12/25, 10:17 PM
Case: 1:21-cv-00550 Document #: 83-2 Filed: 11/18/25 Page 2 of 3 PageID #:415
nklawllp.com Mail - 21 C 00550 James Dolis v City of Chicago, et al.



Theo Noparstak <theo@nklawllp.com>

## 21 C 00550 James Dolis v City of Chicago, et al.

**jalcala@nklawllp.com** <jalcala@nklawllp.com>    Tue, Sep 30, 2025 at 11:49 AM
To: jimmymacclaw@gmail.com
Cc: akamionski@nklawllp.com, snathan@nklawllp.com, nadeeyo@nklawllp.com, theo@nklawllp.com, amanda@nklawllp.com

Counsel:

Attached please find the following:

1. Defendant Karen Murphy's First Set of Interrogatories to Plaintiff;
2. Defendant Officers' First Set of Requests for Production of Documents to Plaintiff;
3. Defendant Officers' First Set of Requests for Admission to Plaintiff.

Jennifer Alcala

Jennifer Alcala

*Paralegal*

Nathan & Kamionski LLP

206 S. Jefferson St.

Chicago, IL 60661

312-612-1069 (direct)

312-448-6099 (fax)

jalcala@nklawllp.com



**New York ~ Chicago ~ Baltimore ~ Detroit**

**CONFIDENTIALITY WARNING:** This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**3 attachments**

📄 **9.30.25 - Dolis - DOs First RFPs to Plaintiff.pdf**
215K

📄 **9.30.25 - Dolis - DOs First Rogs to Plaintiff.pdf**
220K

📄 **9.30.25 - Dolis - DOs First RTAs to Plaintiff.pdf**
177K