# EXHIBIT C



Theo Noparstak <theo@nklawllp.com>

## Dolis - 26a and Discovery Requests

**Theo Noparstak** <theo@nklawllp.com>  Wed, Oct 1, 2025 at 9:16 AM
To: James Macchitelli <jimmymacclaw@gmail.com>

Hello counsel, wanted to check in regarding Plaintiff's 26a disclosures and written discovery requests. Please advise as to when we should expect to receive them.

Thank you,

--
Theo Noparstak
*Associate*
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
312-957-6593 (direct)
312-448-6099 (fax)
theo@nklawllp.com



**New York ~ Chicago ~ Baltimore ~ Detroit**

**CONFIDENTIALITY WARNING:** This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.