# EXHIBIT D



Theo Noparstak &lt;theo@nklawllp.com&gt;

## Dolis - 26a and Discovery Requests

**James Macchitelli** &lt;jimmymacclaw@gmail.com&gt;  
To: Theo Noparstak &lt;theo@nklawllp.com&gt;

Wed, Oct 1, 2025 at 11:53 AM

Theo:

I am so sorry as I have been slammed. Looking to get caught-up by Monday, 10/06/2025.

James J. Macchitelli  
Attorney at Law  
1051 Perimeter Drive, Suite 400  
Schaumburg, Illinois 60173  
847-414-4532  
jimmymacclaw@gmail.com

[Quoted text hidden]