# EXHIBIT E



Theo Noparstak
*Associate*
theo@nklawllp.com
T: (312) 957-6593

November 3, 2025

VIA EMAIL

James J. Macchitelli
Attorney at Law
1900 East Golf Road, Suite 950
Schaumburg, Illinois 60173
(847) 414-4532
jimmymacclaw@gmail.com

Re: Dolis – Outstanding Discovery Responses

Dear Mr. Macchitelli:

Our office served Defendant Karen Murphy's First Set of Interrogatories to Plaintiff, Defendant Officers' First Set of Requests for Production of Documents to Plaintiff, and Defendant Officers' First Set of Requests for Admission to Plaintiff on September 30, 2025. Under Rules 33(b)(2), 34(b)(2)(A) and 36(a)(3) of the Federal Rules of Civil Procedure, your client's responses were due within 30 days, on or before October 30, 2025. As of today, we have not received any responses or objections.

Because no responses or objections were timely served, any objections to the discovery requests, including those based on privilege, burden, or relevance, are deemed waived under Rules 33(b)(4) and 34(b)(2). Additionally, the requests for admission are deemed admitted under Rule 36(a)(3).

Please provide complete written responses and responsive documents to discovery requests no later than November 10. If we do not receive full and complete discovery responses by that date, we intend to move to compel under Rule 37 and seek appropriate sanctions, including dismissal for failure to prosecute under Rule 41(b).

Pursuant to Local Rule 37.2, please advise of your availability within the next few days for a meet and confer to discuss this issue in good faith before we proceed with the motion.

We look forward to your prompt response.

Sincerely,

/s/ *Theo Noparstak*
Theo Noparstak

Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL, 60661
theo@nklawllp.com

2