# **EXHIBIT F**



Theo Noparstak <theo@nklawllp.com>

## Dolis - Outstanding Discovery Responses

**Theo Noparstak** <theo@nklawllp.com>     Mon, Nov 3, 2025 at 10:18 AM
To: James Macchitelli <jimmymacclaw@gmail.com>
Cc: Shneur Nathan <snathan@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Jennifer Alcala <jalcala@nklawllp.com>, Amanda Alcala <amanda@nklawllp.com>

Good morning Mr. Macchitelli,

Please see the attached letter. Let us know your availability for a meet and confer early this week.

Thank you,

--
Theo Noparstak
*Associate*
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
312-957-6593 (direct)
312-448-6099 (fax)
theo@nklawllp.com



**New York ~ Chicago ~ Baltimore ~ Detroit**

**CONFIDENTIALITY WARNING:** This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

 **11.3.25 Dolis - DOs Letter to P.pdf**
220K