# EXHIBIT G

 Gmail

Theo Noparstak <theo@nklawllp.com>

## Dolis - Outstanding Discovery Responses

**Theo Noparstak** <theo@nklawllp.com>  Wed, Nov 5, 2025 at 12:29 PM
To: James Macchitelli <jimmymacclaw@gmail.com>
Cc: Shneur Nathan <snathan@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Jennifer Alcala <jalcala@nklawllp.com>, Amanda Alcala <amanda@nklawllp.com>

Following up on this, let us know a good time for a meet and confer.

[Quoted text hidden]