# EXHIBIT H



Theo Noparstak <theo@nklawllp.com>

## Dolis - Outstanding Discovery Responses

**Theo Noparstak** <theo@nklawllp.com>                                Wed, Nov 12, 2025 at 2:33 PM
To: James Macchitelli <jimmymacclaw@gmail.com>
Cc: Shneur Nathan <snathan@nklawllp.com>, Avi Kamionski <akamionski@nklawllp.com>, Natalie Adeeyo <nadeeyo@nklawllp.com>, Jennifer Alcala <jalcala@nklawllp.com>, Amanda Alcala <amanda@nklawllp.com>

Mr. Macchitelli,

Just tried calling you. Assuming I don't hear from you by Monday November 17, I will bring these discovery issues to the court's attention at our hearing Tuesday November 18.

Thank you,

[Quoted text hidden]