**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES DOLIS, | ) | Case No. 1:21-cv-00550 |
| | ) | |
| Plaintiff, | ) | Hon. John J. Tharp, Jr |
| | ) | District Judge |
| v. | ) | |
| | ) | Hon. Beth W. Jantz |
| KAREN MURPHY, et al., | ) | Magistrate Judge |
| | ) | |
| Defendants. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2025, it is **ORDERED** that Defendant Officers' Motion to Compel Plaintiff James Dolis' Responses to Discovery is **GRANTED**. Plaintiff James Dolis shall produce full and complete responses, without objection, to Defendant Officers' discovery requests within five (5) days hereof, or risk sanctions upon further application to this Court. It is further **ORDERED** that Defendant Officers' Requests for Admission previously served upon Plaintiff are deemed **ADMITTED** pursuant to Rule 36(a)(3), as Plaintiff failed to timely serve responses or objections.

BY THE COURT

_____
The Honorable Beth W. Jantz
United States Magistrate Judge